IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE LaBAR, a Minor, by KELLI LaBAR and WILLIAM LaBAR, Parents and Guardians : : Plaintiffs : : vs. : : MARIAN McDONALD, M.D.; : ST. LUKE'S PHYSICIAN GROUP, INC., formerly : known as St. Luke's Health Services, Inc., doing : business as Keystone Surgical Associates; and : ST. LUKE'S HOSPITAL OF BETHLEHEM, PA, : trading as St. Luke's Hospital and Health Network : : Defendants : : | CIVIL ACTION NO. 10-1108 |

## ORDER

**AND NOW**, this 20th day of January, 2012, upon consideration of Plaintiffs' Motion in Limine to Exclude Evidence of the Risks Associated with Gallbladder Surgery Identified in the "Understanding Laparoscopic Gallbladder Surgery" Booklet, the "Consent to Procedure or Surgery" Form, and Testimony Related Thereto (Dkt. No. 46), which motion was filed December 19, 2011; upon consideration of Defendants' Response in Opposition to Plaintiff's Motion *in Limine* to Exclude Evidence of the Risks Associated with Gallbladder Surgery Identified in the "Understanding Laparoscopic Gallbladder Surgery" Booklet, the "Consent to Procedure or Surgery" Form, and Testimony Related Thereto (Dkt. No. 55), which response was filed January 4, 2012; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that plaintiffs' motion in limine is **DENIED**.

                                                  BY THE COURT:


                                                  */s/ Henry S. Perkin*
                                                  HENRY S. PERKIN,
                                                  United States Magistrate Judge