IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

NICOLE LaBAR, a Minor, by KELLI LaBAR and
WILLIAM LaBAR, Parents and Guardians

                  Plaintiffs

    vs.                                  CIVIL ACTION NO. 10-1108

MARIAN McDONALD, M.D.;
ST. LUKE'S PHYSICIAN GROUP, INC., formerly
  known as St. Luke's Health Services, Inc., doing
  business as Keystone Surgical Associates; and
ST. LUKE'S HOSPITAL OF BETHLEHEM, PA,
  trading as St. Luke's Hospital and Health Network

                  Defendants
_____

## ORDER

**AND NOW**, this 25th day of January, 2012, upon consideration of Plaintiffs' Motion for an Order Directing the Jury Administrator to Release the Names, Addresses, and Occupations of the Jury Pool Scheduled to Appear for the February 1, 2012 Jury Selection (Dkt. No. 76), which motion was filed January 23, 2012; upon consideration of Defendants' Response to Plaintiff's Motion for an Order Directing the Jury Administrator to Release the Names, Addresses, and Occupations of the Jury Pool Scheduled to Appear for February 1, 2012 Selection (Dkt. No. 77), which response was filed January 24, 2012; and for the reasons expressed in the foregoing Memorandum,

        **IT IS ORDERED** that plaintiffs' motion is **DENIED**.

                                              BY THE COURT:

                                              */s/ Henry S. Perkin*
                                              HENRY S. PERKIN,
                                              United States Magistrate Judge