IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE LaBAR, a Minor, by KELLI LaBAR and WILLIAM LaBAR, Parents and Guardians<br><br>Plaintiffs<br><br>vs.<br><br>MARIAN McDONALD, M.D.;<br>ST. LUKE'S PHYSICIAN GROUP, INC., formerly known as St. Luke's Health Services, Inc., doing business as Keystone Surgical Associates; and<br>ST. LUKE'S HOSPITAL OF BETHLEHEM, PA, trading as St. Luke's Hospital and Health Network<br><br>Defendants | CIVIL ACTION NO. 10-1108 |

## ORDER

**AND NOW**, this 27th day of January, 2012, upon consideration of Motion *in Limine* of Defendants, Marian P. McDonald, M.D., St. Luke's Physician Group, Inc. (d/b/a Keystone Surgical Associates) and Saint Luke's Hospital Bethlehem, Pennsylvania (d/b/a St. Luke's Hospital and Health Network), to Preclude Evidence of Past Medical Expenses (Dkt. No. 44) filed December 15, 2011; upon consideration of Plaintiffs' Opposition Brief to Defendants' Motion *in Limine* to Preclude Evidence of Past Medical Expenses (Dkt. No. 52) filed January 4, 2012; upon consideration of the Reply Brief in Support of the Motion *in Limine* of Defendants, Marian P. McDonald, M.D., St. Luke's Physician Group, Inc. (d/b/a Keystone Surgical Associates) and Saint Luke's Hospital Bethlehem, Pennsylvania (d/b/a St. Luke's Hospital and Health Network) to Preclude Evidence of Past Medical Expenses (Dkt. No. 66) filed January 18, 2012; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that defendants' motion is **GRANTED**.

BY THE COURT:

_/s/ Henry S. Perkin_
HENRY S. PERKIN,
United States Magistrate Judge